**STATE of Missouri, Respondent,**

v.

**Daniel Gene HUNT, Appellant.**

No. WD 76466.

Missouri Court of Appeals,
Western District.

Aug. 12, 2014.

Gregory Doty, Kansas City, MO, for Appellant.

Gabriel Harris, Jefferson City, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Mr. Daniel Gene Hunt appeals the conviction and sentence for driving while intoxicated, section 577.010. Mr. Hunt challenges the sufficiency of the evidence supporting the conviction.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).